# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **VARNARIO T. HARRIS** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. |
| : | 7:03-CV-33 (HL) |
| **GEORGIA DEPARTMENT OF** : | |
| **CORRECTIONS, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Before the Court is a Report and Recommendation (Doc. 55) from United States Magistrate Judge Richard L. Hodge that recommends granting Defendants' Motion for Summary Judgment. Plaintiff has subsequently filed an objection. Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered Defendants' Motion, the Recommendation, and Plaintiff's Objection.

In his Objection, Plaintiff merely reiterates claims and allegations that were throughly address by Judge Hodge's Recommendation. Plaintiff fails to offer any evidence to support those allegations. To survive summary judgment, a nonmoving party is required to present competent evidence in the form of affidavits, depositions, admissions and the like, designating "specific facts showing that there is a genuine issue for trial." Celotex, 477 U.S. at 324.  This evidence must consist of more than mere conclusory allegations. See Avirgan v. Hull, 932 F.2d 1572, 1577 (11th Cir. 1991). As Plaintiff has offered nothing but conclusory allegations, there is no evidence in the record that would allow a reasonable jury

to return a verdict for Plaintiff. Therefore, Judge Hodge's Recommendation is accepted and Defendants' Motion for Summary Judgment is granted.

**SO ORDERED**, this the 26th day of September, 2006.

> **/s/ Hugh Lawson**
> **HUGH LAWSON, Judge**

scs