IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| VARNARIO T. HARRIS, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION NO. 7:03-CV-33 (HL) |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | : |
| Defendants. | : |

**O R D E R**

Plaintiff **VARNARIO T. HARRIS** has filed a motion to proceed *in forma pauperis* on appeal (R. at 66) from the Court's Order adopting the United States Magistrate Judge's Recommendation that defendants' motion for summary judgment be granted. (R. at 57). In the Court's best judgment, an appeal from that Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3).

Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

**SO ORDERED**, this 14th day of November, 2006.

s/   Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb